BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GATEWAY VIDEO GAME ADDICTION PRODUCT LIABILITY LITIGATION | MDL No.: _____ |

## MOTION TO TRANSFER ACTIONS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Movant-Plaintiff Rochelle Tomlin, as parent and natural guardian of M.B., a minor, respectfully requests the Judicial Panel on Multidistrict Litigation transfer the cases identified on the accompanying Schedule of Actions, and subsequent tag-along actions, to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. This Motion is supported by the accompanying Memorandum, Schedule of Actions, the Complaint and Docket Sheet for each identified action, Statement Requesting Oral Argument, and Proof of Service.

Respectfully Submitted,

**GRANT & EISENHOFER P.A.**

_____
M. Elizabeth Graham
Adam J. Gomez
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
agomez@gelaw.com

*Counsel for Movant-Plaintiffs Rochelle Tomlin, as parent and natural guardian of M.B., a minor.*