BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: GATEWAY VIDEO GAME ADDICTION PRODUCT LIABILITY LITIGATION | MDL No.: Pending No. 46 |
|---|---|

**CORRECTED SCHEDULE OF ACTIONS**

| Case Caption | Court | Case Number | Judge |
|---|---|---|---|
| Plaintiff(s):<br>J. S., by her Guardian ad Litem,<br>Twylia Schwab<br><br>Defendant(s):<br>Epic Games, Inc. | U.S. District Court, Eastern District of California (Sacramento) | 2:25-cv-02727-JAM-CSK | John A. Mendez |
| Plaintiff(s):<br>Thomas K. Litton<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., Microsoft Corporation,<br>Mojang AB, and John Does 1 - 50. | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-03088-AMO | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Guillermo Galarza as Guardian ad Litem of O.G., a Minor<br><br>Defendant(s):<br>Epic Games, Inc., Microsoft Corporation, and Mojang AB | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-06245-AMO | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Sumeka Chandler, individually and in the official capacity as Guardian ad Litem<br><br>Defendant(s):<br>Epic Games, Inc.,<br>Microsoft Corp., | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-06877-AMO | Araceli Martinez-Olguin |

| | | | |
|---|---|---|---|
| Mojang Studios, and Roblox Corporation | | | |
| Plaintiff(s):<br>Monika Brown<br>Monika Brown, as Guardian ad Litem and on behalf of M.F., a minor<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-07660-AMO | Araceli Martinez−Olguin |
| Plaintiff(s):<br>Amanda Jesse, as Guardian ad Litem and on behalf of J.J., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., Microsoft Corporation, and Mojang AB | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-07964-LB | Laurel Beeler |
| Plaintiff(s):<br>Amber Austin,<br>as Guardian ad Litem and on behalf of T.L.J., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., Microsoft Corporation,<br>Mojang AB, and John Does 1 – 50 | U.S. District Court, Northern District of California (San Francisco) | 3:25-cv-08122-LB | Laura Beeler |
| Plaintiff(s):<br>Shelly Whittaker,<br>as Parent and Natural Guardian of N.G., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc.,<br>Microsoft Corporation, and Mojang AB | U.S. District Court, District of Colorado (Denver) | 1:25-cv-02967-PAB-KAS | Philip A. Brimmer |
| Plaintiff(s):<br>Casey Henderson,<br>as Parent and Next Friend of Minor, P.F.G. | U.S. District Court, District of Maine (Bangor) | 1:25-cv-00467-SDN | Stacey D. Neumann |

| | | | |
|---|---|---|---|
| Defendant(s):<br>Roblox Corporation,<br>Microsoft Corporation,<br>Mojang AB, Epic Games,<br>Inc., and John Does 1-50 | | | |
| Plaintiff(s):<br>Dawn Merriman,<br>as Parent and Natural<br>Guardian of D.M, a Minor<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court,<br>District of<br>Maryland<br>(Baltimore) | 1:25-cv-03130-BAH | Brendan Abell Hurson |
| Plaintiff(s):<br>Rochelle Tomlin,<br>as Parent and Natural<br>Guardian of M.B., a minor<br><br>Defendant(s):<br>Roblox Corporation,<br>Epic Games, Inc.,<br>Microsoft Corporation, and<br>John Does 1-50 | U.S. District Court,<br>Eastern District of<br>Pennsylvania<br>(Philadelphia) | 2:25-cv-04301-MRP | Mia Roberts Perez |
| Plaintiff(s):<br>Susan French,<br>as Parent and Natural<br>Guardian of Z.F., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic<br>Games, Inc.,<br>Microsoft Corporation,<br>Mojang AB, and John Does<br>1-50 | U.S. District Court,<br>Eastern District of<br>Pennsylvania<br>(Philadelphia) | 2:25-cv-05306-MRP | Mia Roberts Perez |
| Plaintiff(s):<br>Cristina Spennato,<br>as Parent and Natural<br>Guardian of J.S., a Minor<br><br>Defendant(s):<br>Roblox Corporation, Epic<br>Games, Inc.,<br>Microsoft Corporation,<br>Mojang AB, and John Does<br>1-50 | U.S. District Court,<br>Eastern District of<br>Pennsylvania<br>(Philadelphia) | 2:25-cv-05436-MRP | Mia Roberts Perez |

| Plaintiff(s):<br>Angela Enck,<br>as Parent and Natural Guardian of Z.A.E., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., and John Does 1-50 | U.S. District Court, Eastern District of Pennsylvania (Allentown) | 5:25-cv-05249-MRP | Mia Roberts Perez |
|---|---|---|---|
| Plaintiff(s):<br>Janine West,<br>as Legal Guardian/Parent and Natural Guardian of J.D., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., Microsoft Corporation, Mojang AB, and John Does 1-50 | U.S. District Court, Eastern District of Pennsylvania (Philadelphia) | 5:25-cv-05471-MRP | Mia Roberts Perez |
| Plaintiff(s):<br>Albert Scarpulla,<br>as Parent and Natural Guardian of V.S., a minor<br><br>Defendant(s):<br>Roblox Corporation, Epic Games, Inc., Microsoft Corporation, Mojang AB, and John Does 1-50 | U.S. District Court, Eastern District of Pennsylvania (Allentown) | 5:25-cv-05477-MRP | Mia Roberts Perez |
| Plaintiff(s):<br>Allison Hicks, as Parent and Natural Guardian of A.C., a Minor,<br><br>Defendant(s):<br>Epic Games, Inc. and John Does 1-50 | U.S. District Court, Middle District of Pennsylvania | 3:25-cv-01789-JKM | Julia K. Munley |

Dated: September 26, 2025

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

M. Elizabeth Graham
Adam J. Gomez
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7000
Fax: (302) 622-7100
Email: egraham@gelaw.com
           agomez@gelaw.com

*Counsel for Movant-Plaintiffs Rochelle Tomlin, as parent and natural guardian of M.B., a minor.*