# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GATEWAY VIDEO GAME ADDICTION PRODUCTS LIABILITY LITIGATION | MDL No. 3168 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Epic Games, Inc., Roblox Corporation, Microsoft Corporation, and Mojang AB jointly move for a two-week extension of the deadline to respond to Movant-Plaintiff's Motion for Transfer. Counsel for Defendants conferred with Plaintiffs' counsel who do not oppose the requested extension provided it does not result in the petition being continued beyond the next hearing date of December 4, 2025.

On September 26, 2025, the Panel set a briefing schedule for Movant-Plaintiffs' Motion for Transfer including the following deadlines: Responses to the Motion due on or before October 17, 2025; and Reply, if any, due on or before October 24, 2025. (Dkt. No. 4.) The Panel has not scheduled a hearing date; therefore, this extension would not impact or delay any scheduled hearing date, which based on the Panel's historic practice would be scheduled for December 2025 at the earliest.

Defendants respectfully request a two-week extension of the briefing schedule, with Responses to the Motion for Transfer due on or before October 31, 2025, and Plaintiffs' Reply, if any, due on or before November 7, 2025. Defendants respectfully suggest this brief extension will not impact any party's or the Panel's ability to prepare for argument. The bases for the requested extension are as follows:

1.      The Motion seeks to transfer 17 video game personal injury lawsuits (listed in Movant-Plaintiff's Schedule of Actions) to the Eastern District of Pennsylvania for centralization and pretrial proceedings. (Dkt. No. 1-2) The motion also seeks transfer of any "subsequently filed tag-along actions" (ostensibly also personal injury actions related to video games).

2.      The Motion seeks to centralize 17 actions involving four different Defendants, three of which are unrelated. Defendants are coordinating to determine if they can consolidate their views into a single paper, which will be easier and more efficient for the Panel than having each Defendant provide its own views separately. The additional time will allow Defendants to confer on their response.

3.      Under these circumstances, Defendants and interested parties, including any plaintiffs who may wish to respond to the Motion for Transfer (if any) and other defendants who may not now be parties to this motion, reasonably need additional time to analyze and evaluate the myriad issues raised by the Motion for Transfer.

4.      This two-week extension of dates will not result in any prejudice to Movant-Plaintiff or, Defendants respectfully submit, unduly burden the Panel. The Motion for Transfer will not be heard by the Panel until, at the earliest, the next hearing scheduled for early December, and the proposed extended schedule should still allow for all briefing to be comfortably completed before the next likely hearing date.

WHEREFORE, Defendants respectfully request that the Panel grant the requested extensions of time for all parties to respond and reply to the Motion for Transfer.

Dated: October 3, 2025

Respectfully submitted,

*/s/ David N. Sneed*
David N. Sneed
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
dsneed@cov.com

*Counsel for Microsoft Corporation and Mojang AB*